# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**George Ira Tracy** DOB: 2000; United States<br>**Ruben Labrador-Ulibaria** DOB: 2001; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-09268MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 27, 2019, at or near Sells, in the District of Arizona, **George Ira Tracy** and **Ruben Labrador-Ulibaria**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport, conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 27, 2019, at or near Sells, in the District of Arizona, United States Border Patrol Agents (BPA) followed the foot sign of several suspected illegal aliens to a residence in the Tohono O'odam Nation. BPA also discovered abandoned backpacks near the residence and they appeared they had not been there for a long period of time. BPA noticed that the carpet foot sign was raked and brushed out after the fence line. BPA obtained a search warrant and made entry into the residence. Three United Stated Citizens were arrested, including **George Ira Tracy**, an adult female, and a male juvenile. BPA also arrested nine illegal aliens, five adults and four unaccompanied juveniles. The adult illegal aliens were identified as **Ruben Labrador-Ulibaria**, Francisco Nery Lopez-Lopez, Maura Hernandez-Chan, Edvin Santay-Itzep, and Gilmar Morales-Guox. **Tracy** later identified **Labrador** as the group's foot guide.

Material witnesses Lopez, Hernandez, Santay, and Morales stated that they or family members had made arrangements to be smuggled into the United States for money. Hernandez stated that he crossed the International Boundary Fence in a group of seven. Hernandez stated that the foot guide left them at the house and were told to go inside. Morales, Santay, and Lopez stated that the foot guide crossed the IBF with the group. Lopez and Hernandez identified **Labrador** as the foot guide or foot guide helper in a photo array.

In a post-*Miranda* statement, **Tracy** stated that he was approached by a group of illegal aliens at the stash house in Sells. **Tracy** stated that Labrador was the foot guide who handed him a phone. **Tracy** stated that he spoke with an unknown subject on the phone and he was offered $500 USD per person stashed within the property until they were picked up by a load vehicle. **Tracy** stated that he had met **Labrador** on prior occasions when he previously dropped illegal aliens off at the same stash house. **Tracy** admitted to taking part in smuggling at least 90 illegal aliens.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Francisco Nery Lopez-Lopez, Maura Hernandez-Chan, Edvin Santay-Itzep, and Gilmar Morales-Guox

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAAri /s/ ACA | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 30, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54